# In the United States District Court
# For the Middle District of Alabama

| | |
|---|---|
| **Fidelity and Deposit Company of Maryland, a corporation,** ) | **SUMMONS** |
| ) | |
| Plaintiff, ) | (Issued pursuant to Rule 4 |
| ) | of the Federal Rules of |
| v. ) | Civil Procedure or other |
| ) | appropriate laws.) |
| **Peggy NesSmith, an individual** ) | |
| ) | CIVIL ACTION CASE NUMBER: |
| Defendant. ) | 2:07CV707 - MEF |

TO DEFENDANT

          Ms. Peggy NesSmith
          114 Crossgate Drive
          Elmore, Alabama ~~26026~~ 36025

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Brian A. Dodd, 100 Brookwood Place, Seventh Floor, Birmingham, Alabama 35259

a response to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 8·6·07

*Debra P. Hackett*, CLERK

SEE REVERSE SIDE FOR RETURN

By:

          Deputy Clerk
          (SEAL OF COURT)

NOTE:   A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

(3/92)

{B0737349}

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the __6th__ day of __Aug__, 2007 I served this summons together with the complaint as follows:

☒ By personal service on the defendant at  114 Crossgate Dr, Elmore, AL 36025

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

**CAPITOL INVESTIGATION**
5184 Caldwell Mill Road
Suite 204-200
Birmingham, AL 35244
(205) 991-5134

__8-6-07__
Date

*Otis Crawford*
Otis Crawford
*Authorized or Specially Appointed Process Server*

I hereby certify and return this ____ day of ____, ____, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
Date

*Authorized or Specially Appointed Process Server*

Cost of Service:    Service fee:                                                                                    $ 0.00
                    Expenses: ____ miles @ ____ cents                                                               $ 0.00

                                                                                                    TOTAL:          $ 0.00

{B0737349}