IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO.:2:07cv707-MEF |
| PEGGY NESSMITH, ) ) | |
| Defendant. ) | |

_____

CORPORATE/CONFLICT DISCLOSURE STATEMENT
_____

FIDELITY AND DEPOSIT COMPANY OF MARYLAND ("Fidelity & Deposit"), the plaintiff in the above-styled case, hereby submits the following Corporate/Conflict Disclosure Statement in accordance with Rule 7.1 of the *Federal Rules of Civil Procedure*:

Fidelity & Deposit is a wholly owned subsidiary of Zurich American Insurance Company, a New York corporation. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is a 99.8711% owned subsidiary of Zurich Insurance Company, a Swiss corporation. (The remaining 0.1289% is owned by ZGA US Limited.) Zurich Insurance Company is a wholly owned subsidiary of Zurich Group Holding, a Swiss corporation. Zurich Group Holding is owned 43% by Allied Zurich p.l.c and 57% by Zurich Financial Services. Allied Zurich p.l.c. is a wholly owned

{B0754140}

subsidiary of Zurich Financial Services.  Zurich Financial Services is the only publicly traded parent company, with a primary listing on the Swiss stock exchange and a secondary listing on the London stock exchange, and a further trading of American Depository Receipts.

                                                Respectfully Submitted

                                                s/Brian A. Dodd  
                                                Bar Number: ASB-5193-D56B  
                                                Attorney for Fidelity and Deposit  
                                                Company of Maryland  
                                                STARNES & ATCHISON, LLP  
                                                100 Brookwood Place, 7th Floor  
                                                Birmingham, Alabama 35209  
                                                Telephone: (205) 868-6000  
                                                Fax: (205) 868-6099  
                                                E-mail: Bdodd@starneslaw.com

CERTIFICATE OF SERVICE

  I hereby certify that on September 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Ronald W. Wise
2000 Interstate Park Drive, Ste. 105
Montgomery, Alabama 36109

              s/Brian A. Dodd
              Bar Number: ASB-5193-D56B
              Attorney for Fidelity and Deposit
              Company of Maryland
              STARNES & ATCHISON, LLP
              100 Brookwood Place, 7th Floor
              Birmingham, Alabama 35209
              Telephone: (205) 868-6000
              Fax: (205) 868-6099
              E-mail: Bdodd@starneslaw.com

{B0754140}