IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY ) | |
| OF MARYLAND, a corporation ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 2:07CV707-MEF |
| ) | |
| PEGGY NESSMITH, an individual ) | |
| ) | |
| Defendant. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Peggy NesSmith, a Defendant in the above captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual and there are no reportable relationships.

RESPECTFULLY SUBMITTED this the 6th day of September, 2007.

/s/ **Ronald W. Wise**
Bar Number: WISER0904
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003
Attorney for Peggy NesSmith

## CERTIFICATE OF SERVICE

    I do hereby certify that on the 6th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Brian A. Dodd and J. Scott Dickens, attorneys for Fidelity and Deposit Company of Maryland.

                                              */s/ Ronald W. Wise*