IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.:2:07cv707-MEF ) |
| PEGGY NESSMITH, | ) ) |
| Defendant. | ) |

_____

REPORT OF PARTIES' PLANNING MEETING
_____

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on Thursday, September 27, 2007, and was attended by:

> Brian A. Dodd on behalf of the plaintiff, Fidelity and Deposit Company of Maryland; and

> Ronald W. Wise on behalf of the defendant, Peggy NesSmith.

2. **Pre-Discovery Disclosures.**

> The parties will exchange by October 31, 2007, the information required by Local Rule 26.1(a)(1).

3. **Discovery Plan.**

> The parties jointly propose to the Court the following discovery plan:

> Discovery may be needed on the following subjects:

> All claims and defenses asserted by the parties. The limits designated in the Federal Rules of Civil Procedure are incorporated herein by reference.

> All discovery shall be commenced in time to be completed by March 26, 2008.

{B0763136}

        Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service.

        Maximum of 40 requests for admission by each party to any other party. Responses due 30 days after service.

        Maximum of 8 depositions by plaintiff and 8 by defendants.

        Reports from retained experts under Rule 26(a)(2) due:

            from plaintiff by 90 days prior to trial date;

            from defendants by 60 days prior to trial date.

        Supplementation under Rule 26(e) due 30 days before trial date.

4.    **Other Items.**

        Plaintiff should be allowed until November 26, 2007, to join additional parties and to amend the pleadings.

        Defendants should be allowed until December 10, 2007, to join additional parties and to amend the pleadings.

        All potentially dispositive motions should be filed by April 9, 2008.

        Settlement at this time cannot be realistically evaluated.

        The parties request a final pretrial conference in May, 2008.

        Final lists of trial evidence under Rule 26(a)(3) should be due:

            from plaintiff: witnesses by 20 days before trial and exhibits by 20 days before trial;

            from defendants: witnesses by 15 days before trial and exhibits by 15 days before trial.

        Parties should have 10 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

{B0763136}

      The case should be ready for trial by June 2008, and at this time is expected to take approximately 3 days.

Date: September 27 , 2007.

                                      Respectfully Submitted

                                      s/Brian A. Dodd
                                      Bar Number: ASB-5193-D56B
                                      Attorney for Fidelity and Deposit Company of Maryland
                                      STARNES & ATCHISON, LLP
                                      100 Brookwood Place, 7th Floor
                                      Birmingham, Alabama 35209
                                      Telephone: (205) 868-6000
                                      E-mail: Bdodd@starneslaw.com

                                      s/ Ronald W. Wise
                                      Ronald W. Wise
                                      Bar Number: ASB-WISER0904
                                      Attorney for Peggy NesSmith
                                      2000 Interstate Park Drive
                                      Ste. 105
                                      Montgomery, Alabama 36109
                                      Phone No.:  334-260-0003
                                      e-mail:  ronwwise@aol.com

{B0763136}