IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.:2:07cv707-MEF ) |
| PEGGY NESSMITH, | ) ) |
| Defendant. | ) |

NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

FIDELITY AND DEPOSIT COMPANY OF MARYLAND ("Fidelity & Deposit"), pursuant to Section 3 of the Court's Uniform Scheduling Order, hereby gives notice to the Court that the parties have settled all claims asserted in the above-styled case. The terms of the settlement are confidential. Pending receipt of the settlement funds, which is expected within sixty (60) days, Fidelity & Deposit requests that all proceedings and deadlines be stayed.

{B0833315}

Respectfully Submitted

s/Brian A. Dodd
Bar Number: ASB-5193-D56B
Attorney for Fidelity and Deposit
Company of Maryland
STARNES & ATCHISON, LLP
100 Brookwood Place, 7th Floor
Birmingham, Alabama 35209
Telephone: (205) 868-6000
Fax: (205) 868-6099
E-mail: Bdodd@starneslaw.com

CERTIFICATE OF SERVICE

hereby certify that on April 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Ronald W. Wise
2000 Interstate Park Drive, Suite 105
Montgomery, Alabama 36109

s/Brian A. Dodd
Bar Number: ASB-5193-D56B
Attorney for Fidelity and Deposit
Company of Maryland
STARNES & ATCHISON, LLP
100 Brookwood Place, 7th Floor
Birmingham, Alabama 35209
Telephone: (205) 868-6000
Fax: (205) 868-6099
E-mail: Bdodd@starneslaw.com

{B0833315}