IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FIDELITY & DEPOSIT COMPANY OF MARYLAND, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:07-cv-707-MEF |
| PEGGY NESSMITH, | ) ) ) | |
| Defendant. | ) | |

# **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED:

1. That the pretrial conference scheduled for June 5, 2008 and trial set for July 14, 2008 are continued generally.

2. That all deadlines contained in the Uniform Scheduling Order are continued until further order of the court.

3. That the parties file a joint stipulation of dismissal on or before June 6, 2008.

DONE this the 7th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE