IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.:2:07cv707-MEF ) |
| PEGGY NESSMITH, | ) ) |
| Defendant. | ) |

_____

### JOINT MOTION TO EXTEND DEADLINE
_____

FIDELITY AND DEPOSIT COMPANY OF MARYLAND and PEGGY NESSMITH, the parties to the above-styled case, hereby respectfully request and move the Court to extend the deadline for filing a Joint Stipulation of Dismissal by fourteen (14) days.  As grounds for this request, the parties state as follows:

1.     By Order dated April 7, 2008, this Court continued the pretrial conference, the trial setting and all deadlines set forth in the Uniform Scheduling Order.  The Court further directed the parties to file a Joint Stipulation of Dismissal by June 6, 2008.

2.     Notwithstanding the efforts of counsel, the defendant has been unable to secure finances to fund the confidential settlement agreement that she executed on April 2, 2008.  The defendant believes that sufficient finances can be obtained from another source, but not before the June 6, 2008, deadline.

{B0855367}

3. The parties jointly request and move the Court to extend the deadline for filing a Joint Stipulation of Dismissal by fourteen (14) days. If the defendant is unable to secure finances to fund the confidential settlement agreement by that time, a Uniform Scheduling Order will need to be reinstated so that the case can be prepared for trial.

Respectfully Submitted

s/Brian A. Dodd
Bar Number: ASB-5193-D56B
Attorney for Fidelity and Deposit
Company of Maryland
STARNES & ATCHISON, LLP
100 Brookwood Place, 7th Floor
Birmingham, Alabama 35209
Telephone: (205) 868-6000
Fax: (205) 868-6099
E-mail: Bdodd@starneslaw.com


s/Ronald W. Wise
Bar Number:  ASB
Attorney for Peggy NesSmith
2000 Interstate Park Drive, Suite 105
Montgomery, Alabama 36109
Telephone:  (334) 260-0003
Fax: (334)
E-mail: Ronwwise@aol.com

{B0855367}