IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FIDELITY & DEPOSIT COMPANY OF MARYLAND, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:07-cv-707-MEF |
| PEGGY NESSMITH, | ) ) ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the Joint Motion to Extend Deadline (Doc. #14) filed on June 3, 2008, it is hereby

ORDERED that the motion is GRANTED to and including June 20, 2008.

DONE this 5th day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE