IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FIDELITY & DEPOSIT COMPANY OF MARYLAND, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-707-MEF |
| ) | |
| PEGGY NESSMITH, ) ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the Motion to Revise Scheduling Order (Doc. #16) filed on June 20, 2008, it is hereby

ORDERED that the motion is GRANTED. The parties shall file a Report of Parties Planning Meeting pursuant to Rule 26(f) of the Federal Rules of Civil Procedure on or before July 21, 2008.

DONE this 23rd day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE